# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Vadim Orlov  vs.
Michael Chertoff, Secretary of the DHS; Emilio T. Gonzalez, Director of the USCIS; Ruth Dorochoff, Chicago District Director, USCIS; Robert S. Mueller, III, Director of FBI

Case Number:
FILED: APRIL 9, 2008
08CV2004     PH
JUDGE MAROVICH
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Vadim Orlov

| NAME (Type or print) |
| --- |
| GENE MELTSER, ESQ. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/  /s/ Gene Meltser |

| FIRM |
| --- |
| Birg & Meltser |

| STREET ADDRESS |
| --- |
| 570 Lake Cook Road, Suite 125 |

| CITY/STATE/ZIP |
| --- |
| Deerfield, IL 60015 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6270933 | 847-444-9000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐