## United States District Court for the Northern District of Illinois

Case Number: 08CV2004          Assigned/Issued By: DAJ

Judge Name: MAROVICH          Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

6  Original and  6  copies on  07/15/08  as to  MICHAEL CHERTOFF,
                                        (Date)
EMILIO GONZALEZ, ROBERT MUELLER III, RUTH DOROCHOFF, US ATTORNEY,

US ATTORNEY GENERAL

C:\wpwin80\docket\feeinfo.frm     03/14/05