UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 15 2008
7-15-2008
JUDGE GEORGE M. MAROVICH

Vadim Orlov )
  Plaintiff, )
 )
v. )  Case No. 08-cv-2004
 )
 )  Civil Action
 )
 )  PETITION FOR HEARING ON
Michael Chertoff, Secretary of )  NATURALIZATION APPLICATION
the Department of Homeland Security; )  UNDER 8 U.S.C. § 1447(b)
Emilio T. Gonzalez, Director of the )
U.S. Citizenship and Immigration Services; )  Judge George M. Marovich
Ruth Dorochoff, Chicago District Director, )
U.S. Citizenship and Immigration Services; )
Robert S. Mueller, III, )
Director of Federal Bureau of Investigation )
  Defendants. )

## STATUS REPORT

The Plaintiff, by their undersigned attorneys, hereby file this status report, and in support stipulate as follows:

1. The matter is set for status hearing on July 15, 2008 at 11:00AM.

2. Plaintiff brought this case to obtain relief under 8 U.S.C. §1447(b), seeking a hearing and the swearing in of plaintiff as a United States citizen on grounds that the defendant U.S. Citizenship and Immigration Services (CIS) had not processed his application within 120 days of his interview.

3. No Jury has been selected.

4. All parties have been or are in the process of being properly served. However, it has come to our attention that the Plaintiff Attorney did not get the Summons properly stamped and will need to resubmit.

5. If Plaintiff is unable to resolve the case, Plaintiff will consent to trial before a magistrate judge.

Respectfully submitted,

GENE MELTSER, ESQ.
BIRG & MELTSER
ATTORNEYS FOR PLAINTIFF
570 LAKE COOK ROAD
SUITE 125
DEERFIELD, IL 60015
(847) 444-9000
(847) 444-1478 fax
ILLINOIS ARDC # 6270933