UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VADIM ORLOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 2004 |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | Judge Marovich |
| Department of Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |

## DESIGNATION OF COUNSEL

Please take notice that the undersigned Assistant United States Attorney has been designated for this case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Eric S. Pruitt
    ERIC S. PRUITT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5496
    eric.pruitt@usdoj.gov